DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE COLEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2023-1503 and 4D2023-1504

[August 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case Nos. 11017700CF10A and 14001907CF10A.

Carey Haughwout, Public Defender and Alan Terry Lipson, Assistant Public Defender, West Palm Beach, for appellant.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***